# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tammy Ann Price** DOB: 1973; United States<br>**Wesley Alan Bastin** DOB: 1966; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-01682MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about Arrest date, in the District of Arizona, **Tammy Ann Price** and **Wesley Alan Bastin**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Maria Guadalupe Delgado-Ortiz; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about Arrest date, in the District of Arizona, **Tammy Ann Price** and **Wesley Alan Bastin**, knowing and in reckless disregard of the fact that certain illegal aliens, including Maria Guadalupe Delgado-Ortiz, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about Arrest date, in the District of Arizona (Naco), the Brian A. Terry Border Patrol Station received a call from a concern citizen regarding suspected noncitizens jumping into the back of a blue extended cab Nissan truck. A Mobile Surveillance Capable Camera Operator located a 2021 Nissan Frontier which matched the description as it entered the town of Bisbee. The camera operator saw the truck as it continued eastbound on SR-92 through Bisbee, at no point the vehicle stopped. An air asset followed until an agent stopped it on SR-92 and Escarcega Street. The driver was identified as **Tammy Ann Price** and front passenger as **Wesley Alan Bastin**, both U.S. Citizens. **Price** told the agent that no one was in the back seat and gave the agent consent to search the bed of the truck. The agent found two people under a black tarp in the bed of the truck. Both were wearing carpet shoe covers and camouflage clothing. The agent determined that both were in the U.S. illegal and identified one as Maria Guadalupe Delgado-Ortiz. The agents asked **Bastin** is there were any firearms in the vehicle. **Bastin** said that there was a gun in the glove box and **Bastin** said that it is registered to him. Agents located a loaded 9mm handgun with a fully loaded magazine inserted in the gun.

As **Price** was being removed from the vehicle, **Price** freely said that she did not know that there were people in the bed of the truck. **Price** claimed that while stopped at a gas station, she was approached by two people who asked for a ride, but **Price** told them no. **Price** said that they must have got in while her and **Bastin** went inside. **Price** further said that if she was going to do "dumb shit" she would go big, "not just people."

Material witness Maria Guadalupe Delgado-Ortiz said her sister was going to pay for her smuggling fee. Delgado said that she crossed the U.S. illegally with another person and they were guided via cell phone to the load up spot. Delgado said that a blue truck arrived and that the driver signaled for them to get inside. Delgado said that a tall, heavy set male with a beard got out of the truck and instructed them to get in the bed of the truck. Delgado identified **Price** as the driver and **Bastin** as the passenger in a photo lineup.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:** Maria Guadalupe Delgado-Ortiz

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/ri | SIGNATURE OF COMPLAINANT |
|---|---|
| Sworn by telephone  x | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 16, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54